DG
F.# 2019R01319

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PUSHPESH KUMAR BAID,
also known as, "PK Jain,"

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

21-MJ-110 (CLP)

        Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney David Gopstein, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           January 29, 2021

*Cheryl L. Pollak*

_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK