UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

CASE NO.: 21-MJ-110-CLP-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PUSHPESH KUMAR BAID,

    Defendant.
_____/

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

In accordance with Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Fernando L. Tamayo, of the law firm of Coffey Burlington, P.L., ftamayo@coffeyburlington.com, 2601 South Bayshore Drive, Penthouse One, Miami, Florida 33133, Telephone number: 305-858-2900, respectfully move the Court for the admission *pro hac vice*, as Counsel for the Defendant, Pushpesh Kumar Baid, and in support thereof states at follows:

1. Fernando L. Tamayo is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida (Florida Bar No.: 28530). See Fernando L. Tamayo's Certificate of Good Standing provided by The Florida Bar, Affidavit in Support of Motion to Admit Counsel *Pro Hac Vice*, and Affidavit of Attorney Christine Laurent, member of the New York Bar attached hereto as Composite Exhibit "A."

2. In accordance with the local rules of this Court, Fernando L. Tamayo has made payment of the Court's $150.00 admission fee.

3. Fernando L. Tamayo, hereby requests the Court to provide Notice of Electronic Filings to him at the following email addresses:

>ftamayo@coffeyburlington.com
>lmaltz@coffeyburlington.com
>service@coffeyburlington.com

4. A proposed Order granting the Motion is attached hereto.

WHEREFORE, Fernando L. Tamayo moves this Court to enter an Order permitting him to appear before this Court on behalf of for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Fernando L. Tamayo.

Dated: March 1, 2021.

>Respectfully submitted,
>
>**COFFEY BURLINGTON, P.L.**
>*Counsel for Pushpesh Kumar Baid*
>2601 South Bayshore Drive, Penthouse
>Miami, Florida 33133
>Tel: 305-858-2900
>
>By: */s/ Fernando L. Tamayo*
>Fernando L. Tamayo, Fla. Bar No. 28530
>ftamayo@coffeyburlington.com
>lmaltz@coffeyburlington.com
>service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 1, 2021, on all counsel or parties of record on the Service List below.

## SERVICE LIST

Seth D. DuCharme
David Gopstein
*Counsel for United States of America*
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: 718-254-7000
David.gopstein@usdoj.gov

                                                By: */s/ Fernando L. Tamayo*
                                                Fernando L. Tamayo