# COMPOSITE EXHIBIT "A"



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon     )         In Re:  0028530
Fernando LaTour Tamayo
Coffey Burlington
2601 S Bayshore Dr Ph 1
Miami, FL 33133-5460

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 2006**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>26th</u> day of **February**, **2021**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-124172

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PUSHPESH KUMAR BAID,

       Defendant.

_____/

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Fernando L. Tamayo, being duly sworn, hereby depose and say as follows:

1.     I am a Partner with the law firm of Coffey Burlington, P.L., 2601 South Bayshore Drive, PH-1, Miami, Florida 33133, 305-858-2900. I have been an attorney at Coffey Burlington, P.L. since 2010. My Florida Bar Number is: 28530.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Florida, admitted September 22, 2006.

4.     There are no pending disciplinary proceedings against me in any state or federal court.

5.     I have never been held in contempt of court.

6.     I have not been convicted of a felony.

7.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

8. I will faithfully adhere to all rules applicable to conduct in connection with any activities in this Court.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant Pushpesh Kumar Baid.

Fernando L. Tamayo

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was sworn to (or affirmed) and subscribed before me by means of physical presence this 26th day of February, 2021, by Fernando L. Tamayo, who is personally known to me.



MELISSA JILL JACOBS
Notary Public - State of Florida
Commission # HH 018797
My Comm. Expires Jul 7, 2024
Bonded through National Notary Assn.

Notary Public

Melissa Jacobs
Name typed, Printed or Stamped
My Commission Expires:

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

CASE NO.: 21-MJ-110-CLP-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PUSHPESH KUMAR BAID,

       Defendant.

_____/

## **AFFIDAVIT OF CHRISTINE I. LAURENT**

I, Christine I. Laurent, being duly sworn, hereby depose and say as follows:

1.    I am a Partner with the law firm of Biedermann Hoenig Semprevivo, P.C., 60 East 42 Street, 36th Floor, New York, New York 10165, 646-218-7613. I was admitted to the New York State Bar and this Court on August 7, 2006 and have been an attorney at Biedermann Hoenig Semprevivo, P.C. since October 2012. My registration number is: 4435574.

2.    I submit this affidavit in support of Fernando L. Tamayo's motion for admission to practice *pro hac vice* in the above-captioned matter.

3.    I have known Mr. Tamayo since 2005. He has exceptional character and has a reputation as an honest and well-respected attorney.

_____
Christine I. Laurent

STATE OF NEW YORK
COUNTY OF NEW YORK

The foregoing instrument was sworn to (or affirmed) and subscribed before me by means of physical presence this 26th day of February, 2021, by Christine I. Laurent, who is personally known to me.

SARA THOMPSON
Notary Public, State of New York
No. 02TH6363004
Qualified in New York County
Commission Expires 08/14/2021

_____
Notary Public

Sara E. Thompson
Name typed, Printed or Stamped
My Commission Expires: 8/14/21