UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

CASE NO.: 21-MJ-110-CLP-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PUSHPESH KUMAR BAID,

    Defendant.
_____/

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Fernando L. Tamayo ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Florida, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Fernando L. Tamayo |
| Firm Name: | Coffey Burlington, P.L. |
| Address: | 2601 South Bayshore Drive, Penthouse One |
| City/State/Zip: | Miami, Florida 33133 |
| Telephone/Fax: | 305-858-2900 / 305-858-5261. |

Applicant having requested admission *pro hac vice* for all purposes as counsel for Defendant Pushpesh Kumar Baid in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

DONE AND ORDERED this _____ day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE