

The Law Office of
Elizabeth E. Macedonio

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

April 21, 2021

**Electronically Filed**

Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pushpesh Baid
21 MJ 110

Dear Judge Pollak:

With the consent of the Government and Pre-trial Services, I write to request a modification in Mr. Baid's bail conditions.

Mr. Baid was released on or about February 18, 2021, after being arrested on the above referenced Complaint charging him with wire fraud. He resides in the Southern District of Florida and is currently on home confinement. The proposed modification would permit Mr. Baid to use the gym facility in his building on Tuesday, Thursday, Friday and Saturday evenings from six until eight.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Attorney for the Defendant*
*Pushpesh Baid*

All Parties - Via ECF